840

■ In the Matter of CATHERINE ZEMAN, Appellant, against FRANK CUBIN-SKI et al., Respondents.— Order unanimously affirmed, with $50 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Botein, Rabin, Valente and Bergan, JJ.

■ In the Matter of the Accounting of GEORGE L. ARMOUR, as Trustee of a Trust Made by BERNARD R. ARMOUR, Respondent. VINCENT N. DONATONE, as Guardian ad Litem of TOBEY ARMOUR, an Infant, Respondent; MARTHA S. GORDON, Appellant.— The court had the power to appoint a guardian ad litem under section 1313 of the Civil Practice Act since, in view of the restrictions contained in the order of the Surrogate's Court appointing appellant ancillary guardian of the infant, it is not clear that appellant is the "duly acting guardian" contemplated therein. Under the circumstances the order is unanimously affirmed, with $20 costs and disbursements to the respondent, without prejudice to any application appellant may be advised to make that she be substituted as guardian ad litem in this proceeding. Concur — Breitel, J. P., Botein, Rabin, Valente and Bergan, JJ. [3 Misc 2d 60.] [See post, p. 886.]

■ DAVID TAYLOR, Respondent, v. SAMINCORP SOUTH AMERICAN MINERALS & MERCHANDISE CORPORATION, Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Breitel, J. P., Botein, Rabin, Valente and Bergan, JJ.

■ MURRAY SORIN et al., Suing on Behalf of Themselves and All Other Stockholders of Warren Foundry & Pipe Corporation Similarly Situated, and on Behalf of Said Corporation, Respondents, v. SIMON E. SHAHMOON et al., Appellants.— Order unanimously modified so as to limit the examination before trial to the defendant Shahmoon and one other defendant, with leave to apply for permission to examine additional parties defendant upon showing of necessity therefor, and as so modified affirmed. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Breitel, J. P., Botein, Rabin, Valente and Bergan, JJ.

■ HENRY J. GESSMAN, Appellant, v. KARL VAN GESSEL, Respondent.— Order unanimously reversed, without costs, and the motion for a preference granted. Upon the basis of the papers submitted to the court, the plaintiff is entitled to have the motion granted. Concur — Breitel, J. P., Botein, Rabin, Valente and Bergan, JJ.

■ OPHELIA WILLIAMS, Appellant, v. JOSEPH FATH, Respondent.— Order unanimously reversed, without costs, and the preference reinstated. On the papers before the court there was no warrant for revocation of the preference. Concur — Breitel, J. P., Botein, Rabin, Valente and Bergan, JJ.

■ SOLOMON KIRKWOOD, as Administrator of the Estate of HENRY D. KIRKWOOD, Deceased, Appellant, v. ALBERT DALLAS, Defendant, and GEORGE CHEATHAM, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Valente and Bergan, JJ. [See post, p. 886.]